

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Highland Pines Nursing and Rehabilitation, and Tabitha Ayers, Appellants

No. 06-15-00103-CV            v.

Shakeitha Wiley, Individually and as Representative of the Estate of Casandra Wiley, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0691). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below.

Therefore, we make the following dispositions in this case:

(1)      We reverse the trial court's order denying Ayers' motion to dismiss and render judgment that Wiley take nothing on her claims against Ayers.

(2)      We remand the case against Ayers to the trial court for a determination of attorney fees and costs owed to her under Chapter 74 and direct the trial court to enter judgment for attorney fees and costs in favor of Ayers and against Wiley in the amount found by the trial court on remand.

(3)      We reverse that portion of the trial court's order denying Highland Pines' motion to dismiss the wrongful death claim and render a judgment that Wiley take nothing on her wrongful death claim against Highland Pines.

(4)      We remand all remaining claims and issues to the trial court for further proceedings consistent with this opinion.

We further order that the appellee, Shakeitha Wiley, Individually and as Representative of the Estate of Casandra Wiley, pay all costs of this appeal.

RENDERED JUNE 17, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk